UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SUAREZ ROJAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KRISTI NOEM et al.,<br><br>　　　　Defendants. | Case No. 5:26-cv-00705-SB-MBK<br><br>ORDER GRANTING EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER [DKT. NO. 4] |

　　　Petitioner Jose Luis Suarez Rojas, an immigration detainee, filed an ex parte application for a temporary restraining order (TRO) and order to show cause seeking an individualized bond hearing. Dkt. No. 4. Respondents filed a response acknowledging that "Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM[.]" Dkt. No. 8. Respondents therefore do not oppose an order requiring a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id*.

　　　Consequently, the TRO application is granted as follows:

1. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within seven days of this order, in accordance with 8 U.S.C. § 1226(a) and its implementing regulations, including 8 C.F.R. §§ 236.1(d)(1), 1003.19.

2. The government shall not relocate Petitioner outside of the Central District of California while his habeas petition is pending.

3. Petitioner's request for an order to show cause why a preliminary injunction should not issue is denied as moot.

4. By March 2, 2026, Petitioner shall file a request for dismissal or show cause at a hearing on March 6, 2026, at 8:30 a.m. in Courtroom 6C, why

dismissal should not be ordered in light of the relief given.  Absent dismissal by March 2, Petitioner shall file a written response to the show-cause order by March 2, and both parties shall appear at the March 6 hearing.  Petitioner's failure to timely respond to this order will be construed as consent to dismiss the petition and close the case.

Date: February 19, 2026

                                        Stanley Blumenfeld, Jr.
                                    United States District Judge