# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SUAREZ ROJAS, | Case No. 5:26-cv-00705-SB-MBK |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| KRISTI NOEM et al., | |
| Respondents. | |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Petitioner Jose Luis Suarez Rojas's petition is dismissed as moot.

This is a final judgment.

Date: March 4, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1